In the Matter of the Claim of MARGARET KENNEY, Respondent, against LORD & TAYLOR, INC., et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued May 12, 1930; decided June 3, 1930.)

*T. Carlyle Jones* and *Clarence E. Mellen* for appellants.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and KELLOGG, J. Not sitting: LEHMAN, J.